UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,         **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

      -against-

                                                                                                                                      20 Cr. 663

SEAN DIXON,

                            Defendant(s).
-------------------------------------------------------------------X

Defendant __Sean Dixon_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___      Initial Appearance Before a Judicial Officer

_X_      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___      Bail/Detention Hearing

___      Conference Before a Judicial Officer

/s/ Sean Dixon by JCM on consent            [signature: Howard E. Tanner]
Defendant's Signature                                            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Sean Dixon                                            Howard E. Tanner, Esq.
Print Defendant's Name                                  Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/22/2020                                             [signature: Judith C. McCarthy]
Date                                                            U.S. District Judge/U.S. Magistrate Judge