

**MEMO ENDORSED**

**U.S. Department of Justice**

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 5, 2021

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Sean Dixon*, 20-cr-663 (KMK)

Dear Judge Karas:

The Government respectfully submits this request to exclude time under the Speedy Trial Act until the initial conference in this matter on January 20, 2021. Time was initially excluded during the defendant's arraignment on December 22, 2020 until today (January 5, 2021). The Government has produced the bulk of discovery in this case to counsel for the defendant. The Government is working to produce the rest of discovery to counsel as well to the defendant at the Westchester County Jail ("WCJ"). Thus, in order to afford time for the Government to produce discovery—and for counsel to receive and review it—the Government respectfully requests that time until January 20, 2021 be excluded because the aforementioned purposes are in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A). Counsel has consented to the exclusion of time until January 20, 2021.

Granted. Time is excluded until 1/20/21, in the interests of justice, to allow for the production and review of discovery. The interests of justice outweigh Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)((7)(A).

So Ordered.

1/5/21

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:

Shiva H. Logarajah
Assistant United States Attorney
Tel: (914) 993-1918

cc:   Howard Tanner, Esq. (by ECF)