


**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 26, 2021

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:    ***United States v. Sean Dixon*, 20-cr-663 (KMK)**

Dear Judge Karas:

      The Government respectfully submits this request to exclude time under the Speedy Trial Act until the initial conference in this matter on February 9, 2021. Time was excluded until January 20, 2021, when the initial conference in this matter was originally scheduled. Changes in the defendant's housing necessitated moving the initial conference. Five days have run from the Speedy Trial clock and sixty-five days remain. The Government has produced the bulk of discovery in this case to counsel for the defendant. Thus, in order to afford time for counsel to review discovery and decide which, if any, motions may be appropriate and to afford time for parties to engage in pre-trial resolution discussions, the Government respectfully requests that time until February 9, 2021 be excluded because the aforementioned purposes are in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A). Counsel has consented to the exclusion of time until February 9, 2021.

Granted. Time is excluded until 2/9/21, in the interests of justice, to allow the Parties adequate time to review the discovery and for Defendants to determine what if any motions should be filed. The interests of justice from this exclusion outweigh Defendants' and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*/s/ K. Karas*
1/26/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____

Shiva H. Logarajah
Assistant United States Attorney
Tel: (914) 993-1918

cc:    Howard Tanner, Esq. (by ECF)