

**U.S. Department of Justice**

**MEMO ENDORSED**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 15, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Sean Dixon*, **20 Cr. 663 (KMK)**

Dear Judge Karas:

In light of the status of this case, in which the Government recently sent a *Pimentel* letter to the defendant and the Government understands from defense counsel that some additional time would be helpful for the defendant to review the *Pimentel* letter with counsel and potentially schedule a change-of-plea hearing thereafter, the Government respectfully requests, with the consent of the defendant, that the Court (1) adjourn for approximately four to six weeks the status conference currently scheduled for June 18, 2021 at 10:30 a.m., and (2) exclude time under the Speedy Trial Act until the date of the rescheduled status conference. Such an exclusion would be in the interest of justice to allow the parties time to continue discussing and finalizing a potential pre-trial disposition. *See* 18 U.S.C. § 3161(h)(7)(A).

Granted. The conference is adjourned to 7/ 29 /21,
at 11: 30 Time is excluded until then, in the interests of
justice, to allow the Parties to complete their discussions
toward a disposition of this case. The interests of justice
from this exclusion outweigh the public's and Defendant's
interest in a speedy trial. See 18 U.S.C. Section 3161(h)
(7)(A).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

So Ordered.

6/15/21

By:     /s/ David R. Felton
Shiva H. Logarajah
David R. Felton
Assistant United States Attorneys
Tel: 914-993-1918
        914-993-1908

cc:     Howard Tanner, Esq. (via ECF)